```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
EXTENET SYSTEMS, LLC

                    Plaintiff,
                                                   AMENDED JUDGMENT
                                                   19-CV-5588-FB-VMS
            -against-

VILLAGE OF FLOWER HILL and FLOWER HILL
VILLAGE BOARD OF TRUSTEES,

                    Defendants.
------------------------------------------------------------ X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N.Y.
★ SEP 07 2022 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on July 29, 2022, granting the Village's motion for summary judgment; and denying ExteNet's motion; it is

ORDERED and ADJUDGED that the Village's motion for summary judgment is granted; that ExteNet's motion is denied; and that this case is dismissed.

Dated: Brooklyn, NY
       September 6, 2022

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
            Deputy Clerk